JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEWTON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY, a Delaware corporation doing business in California; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 07-06762 CAS (PJWx)<br>Hon. Christina A. Snyder<br>Courtroom No. 5<br><br>**ORDER AND DISMISSAL WITH PREJUDICE** |

//

//

//

//

//

//

1    On reading and filing the Joint Stipulation of the parties
2 hereto for dismissal with prejudice of the entire action, and
3 good cause appearing therefore,

4    IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action
5 be dismissed with prejudice, with each party to bear their own
6 attorney's fees and costs to achieve said dismissal.  The Court
7 shall retain jurisdiction only to enforce this Stipulation
8 between the parties.

11    **IT IS SO** ORDERED.

14 DATED: September 22, 2008

*/s/ Christina A. Snyder*

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

4811-9854-0291.1

2